UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY C. HAYES,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

    Defendants.

Case No. 19-cv-04107-WHO (PR)

**ORDER OF TRANSFER**

    The claims plaintiff Henry Hayes raises in this federal suit arise from events that occurred in Los Angeles. Accordingly, this federal suit is TRANSFERRED to the Central District of California. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:** November 1, 2019



WILLIAM H. ORRICK
United States District Judge